## Mike Kallum May - October Self Employment Income & Expense

|  | Income | Expense |
|---|---|---|
| May | $ 14,851.00 | $ 8,317.00 |
| June | 7,731.00 | 12,250.00 |
| July | 14,995.00 | 10,367.00 |
| August | 10,408.00 | 10,834.00 |
| September | 10,899.00 | 8,019.00 |
| October | 16,097.00 | 10,907.00 |
|  | $ 74,981.00 | $ 60,694.00 |
| Average Monthly | $ 12,496.83 | $ 10,115.67 |
|  | NET: | $ 14,287.00 |
| Average Monthly: |  | $ 2,381.17 |

**Detail Expenses - Mike Kallum May - October 31, 2009**

|  | April 30 Year End | October 31 Year End | Average |
|---|---:|---:|---:|
| Loan for Truck Repair | 7832 | 19580 | 1,958 |
| FHUT |  | 550 | 92 |
| License, Permits, Tolls | 1095 | 1558 | 77 |
| Physical Damage | 784 | 1959 | 196 |
| Bobtail Insurance | 152 | 380 | 38 |
| Workman's Comp Disability | 479 | 1239 | 127 |
| Legal & Accounting | 255 | 660 | 68 |
| Fuel | 16435 | 44183 | 4,625 |
| Refer Fuel |  | 50 | 8 |
| Fuel Tax | 667 | 2529 | 310 |
| Repair/Maintenance | 173 | 12300 | 2,021 |
| Communication | 132 | 432 | 50 |
| Office | 41 | 368 | 55 |
| Truck Supplies, Small Tools |  | 2172 | 362 |
| Misc. | 19 | 796 | 130 |
|  | 28064 | 88756 | 10,115 |